## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**In re:**

**Yamary Rodriguez**                               **Case No. 16-23148-RAM**
                                                                **Chapter 7**

                     **Debtor    /**

## REPORT OF SALE

NOTICE IS GIVEN THAT on or about December 6, 2017, the following described item was sold for a total of $450,000.00 to YOHANDRY NUNEZ AND JOSEFINA GONZALEZ, the Purchasers. The estate's carve out settlement totaled $14,000.00. The sale was completed pursuant to the Order Granting Trustee's Expedited Motion to (A) Approve Sale of Real Property, Free and Clear of Liens, Claims and Encumbrances; (B) Authorize Trustee to Enter into Contract for Sale of Real Property; and (C) Approve Payment of Commission to Broker(s) from Closing Proceeds [DE 47].

       6210 SW 163 PL, Miami, FL 33193, having a legal description of "Lot 16, in Block 8, of CRESTVIEW LAKES, according to the Plat thereof, as recorded in Plat Book 156, at Page 67, of the Public Records of Miami-Dade County Florida

Dated this 3rd day of January 2018

                                                  /s/ Marcia T. Dunn
                                                  Marcia T. Dunn, Trustee
                                                 555 N.E. 15th Street
                                                 Suite 934-A
                                                 Miami, FL 33132
                                                 Phone: (786) 433-3866
                                                 Facsimile: (786) 260-0269
                                                 Email: mdunn@dunnlawpa.com